An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYNN E. WELLS,
Appellant,
vs.
ERIC WELLS,
Respondent.

No. 68296

**FILED**

JUL 20 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on June 15, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K. Lindeman_

---

[1]In light of this disposition, respondent's motion to dismiss appeal filed in this court on June 29, 2015, is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-21797

cc: Hon. Cynthia Dianne Steel, District Judge, Family Court Division
Lynn E. Wells
Abrams Law Firm, LLC
Eighth District Court Clerk